## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -against-<br><br>CHARLIE JAVICE,<br><br>                    Defendant. | 23-M-2638<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Tai Park of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Charlie Javice in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 4, 2023

                              By: */s/* Tai Park
                              Tai Park
                              Quinn Emanuel Urquhart & Sullivan LLP
                              51 Madison Avenue, 22nd Floor
                              New York, New York 10010
                              Tel: (212) 849–7000
                              Fax: (212) 849–7100
                              Email: *taipark@quinnemanuel.com*

                              Counsel for Defendant Charlie Javice